IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY JAMES SAN MIGUEL | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(8), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about August 29, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ANTHONY JAMES SAN MIGUEL,

an Indian, assaulted K.F. with a dangerous weapon, namely, a metal chain, with intent to do bodily harm to K.F;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

<u>COUNT TWO</u>

**Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation**

The Grand Jury Further Charges:

On or about August 29, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ANTHONY JAMES SAN MIGUEL,

an Indian, assaulted a spouse, intimate partner, and dating partner, namely, K.F., by strangling and attempting to strangle K.F.;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL:

<u>/s/ Foreperson                     </u>
Foreperson


<u>/s/ Mac Schneider              </u>
MAC SCHNEIDER
United States Attorney

JTR/sj